JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 12-0849-AG(Ex) | Date | July 10, 2012 |
| Title | HAYDEE O RASTEGAR v WELLS FARGO BANK, NA, ET AL | | |

| | |
|---|---|
| Present: The Honorable | ANDREW J. GUILFORD, U.S. District Judge |

| | |
|---|---|
| Lisa Bredahl | Not Present |
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** [IN CHAMBERS] ORDER DISMISSING CASE

On June 20, 2012 this Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution. Counsel for defendant filed a response saying this case was a duplicate of case SACV 12-0848-AG(CWx). Plaintiff did not filed an response and as of June 29, 2012 did not agree with defendant to stipulate to dismiss this case.

The Court orders this case DISMISSED.

: 0

Initials of Preparer  lmb